Certificate Number: 06531-PAM-DE-035980072

Bankruptcy Case Number: 16-05068


06531-PAM-DE-035980072

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 9, 2021, at 8:14 o'clock PM CDT, David A Shorten Sr completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   September 9, 2021               By:     /s/Deyanira Reyes

                                        Name:   Deyanira Reyes

                                        Title:  Counselor