Certificate Number: 06531-PAM-DE-035980070

Bankruptcy Case Number: 16-05068


06531-PAM-DE-035980070

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 9, 2021, at 8:14 o'clock PM CDT, Stephanie A Shorten completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: September 9, 2021

By: /s/Deyanira Reyes

Name: Deyanira Reyes

Title: Counselor