United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
David A. Shorten, Sr.  
Stephanie A. Shorten  
    Debtors

Case No. 16-05068-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3  
Date Rcvd: Sep 27, 2021     Form ID: 3180W     Total Noticed: 40

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David A. Shorten, Sr., Stephanie A. Shorten, 209 Abolition Street, Enola, PA 17025-3145 |
| 4865634 | | Arcadia Recovery Bureau, LLC, PO Box 70256, Philadelphia, PA 19176-0256 |
| 4865642 | | Holy Spirit Hospital, PO Box 822183, Philadelphia, Pennsylvania 19182-2183 |
| 4865647 | + | NASA FCU-GD, 500 PRINCE GEORGES, UPPER MARLBORO, MD 20774-8732 |
| 4865648 | + | National Recovery, 4201 Crums Mill Rd, Harrisburg, Pennsylvania 17112-2893 |
| 4865649 | + | Office of Attorney General, Financial Enforcement Section, Strawberr, Harrisburg, Pennsylvania 17120-0001 |
| 4913424 | + | RoundPoint Mortgage Servicing Corporation, 5016 Parkway Plaza Blvd., Suite 200, Charlotte, NC 28217-1930 |
| 4865655 | + | U.S. Department of Justice, PO Box 227, Ben Frankling Station, Washington, District of Columbia 20044-0227 |
| 4879357 | | US DEPARTMENT OF EDUCATION, PO BOX 8973, MADISON, WI 53708-8973 |
| 4865659 | + | USDOE/GLELSI, PO BOX 7859, MADISON, WI 53707-7859 |
| 4865656 | | United States Attorney, PO Box 11754, Harrisburg, Pennsylvania 17108-1754 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4911577 | + | EDI: CINGMIDLAND.COM | Sep 27 2021 22:48:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ 07921-2693 |
| 4877913 | | EDI: AIS.COM | Sep 27 2021 22:48:00 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 4865635 | + | EDI: TSYS2.COM | Sep 27 2021 22:48:00 | BARCLAYS BANK DE, PO BOX 8803, WILMINGTON, DE 19899-8803 |
| 4865636 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Sep 27 2021 18:44:00 | Berks Credit Collection, PO Box 329, Temple, Pennsylvania 19560-0329 |
| 4865639 | + | EDI: CITICORP.COM | Sep 27 2021 22:48:00 | CITI, PO BOX 6241, SIOUX FALLS, SD 57117-6241 |
| 4906255 | | EDI: BL-BECKET.COM | Sep 27 2021 22:48:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4865637 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Sep 27 2021 18:44:00 | Bureau of Employer Tax Oper, PO Box 68568, Harrisburg, Pennsylvania 17106 |
| 4865640 | | EDI: DISCOVER.COM | Sep 27 2021 22:48:00 | DISCOVER, PO BOX 30954, SALT LAKE CITY, UT 84130 |
| 4865641 | | EDI: DISCOVER.COM | Sep 27 2021 22:48:00 | DISCOVER BANK, PO BOX 15316, WILMINGTON, DE 19850 |
| 4867066 | | EDI: DISCOVER.COM | Sep 27 2021 22:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |

| Recipient ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 4871850 | + | EDI: DISCOVERPL | Sep 27 2021 22:48:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 4865643 | + | Email/Text: bankruptcy@huntington.com | Sep 27 2021 18:44:00 | HUNTINGTON NATIONAL BANK, PO BOX 1558, DEPT EAW25, COLUMBUS, OH 43216-1558 |
| 4865644 | | EDI: IRS.COM | Sep 27 2021 22:48:00 | Internal Revenue Service, PO Box 7346, Philadelphia, Pennsylvania 19101-7346 |
| 4865638 | | EDI: JPMORGANCHASE | Sep 27 2021 22:48:00 | CHASE CARD, PO BOX 15298, WILMINGTON, DE 19850 |
| 4865645 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 27 2021 18:44:00 | KOHLS/CAPITAL ONE, PO BOX 3115, MILWAUKEE, WI 53201-3115 |
| 4865646 | + | Email/Text: bk@lendingclub.com | Sep 27 2021 18:44:00 | LENDING CLUB, 71 STEVENSON, SUITE 300, SAN FRANCISCO, CA 94105-2985 |
| 4902391 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2021 18:48:39 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4907287 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2021 18:48:38 | LVNV Funding, LLC its successors and assigns as, assignee of MW-EW Financing Trust I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5002512 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2021 18:48:38 | LVNV Funding, LLC its successors and assigns as as, PO Box 10587, Greenville, SC 29603-0587 |
| 4879287 | | Email/Text: e-bankruptcy@nasafcu.com | Sep 27 2021 18:44:00 | NASA Federal Credit Union, PO Box 1588, Bowie, MD 20717 |
| 4865650 | | EDI: PENNDEPTREV | Sep 27 2021 22:48:00 | PA Department of Revenue, Department 280946, Attn: Bankruptcy Divi, Harrisburg, Pennsylvania 17128-0946 |
| 4865650 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 27 2021 18:44:00 | PA Department of Revenue, Department 280946, Attn: Bankruptcy Divi, Harrisburg, Pennsylvania 17128-0946 |
| 4913845 | | EDI: PRA.COM | Sep 27 2021 22:48:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4886576 | + | EDI: RECOVERYCORP.COM | Sep 27 2021 22:48:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4865653 | + | EDI: CITICORP.COM | Sep 27 2021 22:48:00 | SEARS/CBNA, PO BOX 6282, SIOUX FALLS, SD 57117-6282 |
| 4865654 | + | Email/Text: tcm.bk@tcmbank.com | Sep 27 2021 18:44:00 | TCM BANK NA, PO BOX 31481, TAMPA, FL 33631-3481 |
| 4866291 | + | Email/Text: bankruptcy@huntington.com | Sep 27 2021 18:44:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 4865658 | | Email/Text: birminghamtops@sba.gov | Sep 27 2021 18:44:39 | US Small Business Administration, PO Box 740192, Atlanta, GA 30374-0192 |
| 4865657 | + | Email/Text: USTPRegion03.HA.ECF@USDOJ.GOV | Sep 27 2021 18:44:00 | United States Trustee, 228 Walnut Street, Room 1190, Harrisburg, Pennsylvania 17101-1722 |
| 4865660 | + | EDI: VERIZONCOMB.COM | Sep 27 2021 22:48:00 | VERIZON, 500 TECHNOLOGY DR, SUITE 300, WELDON SPRING, MO 63304-2225 |

TOTAL: 30

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4865651 | ##+ | Penn Credit, 916 S 14th St, Harrisburg, Pennsylvania 17104-3425 |
| 4865652 | ##+ | ROUNDPOINT, 5032 PARKWAY PLAZA BLVD, CHARLOTTE, NC 28217-1918 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2021            Signature:            /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Roundpoint Mortgage Servicing Corporation bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor ROUNDPOINT MORTGAGE SERVICING CORPORATION bkgroup@kmllawgroup.com |
| John Matthew Hyams | on behalf of Debtor 1 David A. Shorten Sr. jmh@johnhyamslaw.com, acb@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| John Matthew Hyams | on behalf of Debtor 2 Stephanie A. Shorten jmh@johnhyamslaw.com acb@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| Mario John Hanyon | on behalf of Creditor Roundpoint Mortgage Servicing Corporation pamb@fedphe.com mario.hanyon@brockandscott.com |
| Rebecca Ann Solarz | on behalf of Creditor Roundpoint Mortgage Servicing Corporation bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | David A. Shorten, Sr. | Social Security number or ITIN xxx–xx–1698 |
| | First Name  Middle Name  Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | Stephanie A. Shorten | Social Security number or ITIN xxx–xx–3502 |
| | First Name  Middle Name  Last Name | EIN __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:16–bk–05068–HWV | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

David A. Shorten, Sr.  
aka David A. Shorten

Stephanie A. Shorten  
aka Stephanie A. Slates

**By the court:**

9/27/21

Honorable Henry W. Van Eck  
Chief Bankruptcy Judge  
By: ToniaWilson, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**