United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 16-05068-HWV
David A. Shorten, Sr.  Chapter 13
Stephanie A. Shorten
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: AutoDocke    Page 1 of 2
Date Rcvd: Jan 06, 2022    Form ID: fnldec    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2022:**

**Recip ID**      **Recipient Name and Address**
db/jdb      + David A. Shorten, Sr., Stephanie A. Shorten, 209 Abolition Street, Enola, PA 17025-3145

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2022      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2022 at the address(es) listed below:

**Name**      **Email Address**

Jack N Zaharopoulos (Trustee)
     TWecf@pamd13trustee.com

James Warmbrodt
     on behalf of Creditor Roundpoint Mortgage Servicing Corporation bkgroup@kmllawgroup.com

James Warmbrodt
     on behalf of Creditor ROUNDPOINT MORTGAGE SERVICING CORPORATION bkgroup@kmllawgroup.com

John Matthew Hyams
     on behalf of Debtor 1 David A. Shorten  Sr. jmh@johnhyamslaw.com, acb@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com

John Matthew Hyams
     on behalf of Debtor 2 Stephanie A. Shorten jmh@johnhyamslaw.com acb@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com

Mario John Hanyon
    on behalf of Creditor Roundpoint Mortgage Servicing Corporation pamb@fedphe.com mario.hanyon@brockandscott.com

Rebecca Ann Solarz
    on behalf of Creditor ROUNDPOINT MORTGAGE SERVICING CORPORATION bkgroup@kmllawgroup.com

Rebecca Ann Solarz
    on behalf of Creditor Roundpoint Mortgage Servicing Corporation bkgroup@kmllawgroup.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| David A. Shorten, Sr., aka David A. Shorten, | Chapter 13 |
| **Debtor 1** | Case No. 1:16−bk−05068−HWV |
| Stephanie A. Shorten, aka Stephanie A. Slates, | |
| **Debtor 2** | |

Social Security No.:
    xxx−xx−1698    xxx−xx−3502

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: January 6, 2022

By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: ToniaWilson, Deputy Clerk

**fnldec** (10/20)